FILED
2014 Jun-06 PM 01:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT Federal Court FILED
NORTHERN District OF ALABAMA
Southern ~~District~~ Division

2014 JUN -5 P 1:03

U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE STATE OF ALABAMA
Jefferson County, ALABAMA

UNITED STATES OF America

CV-14-HGD-1061-S

MARK Zurkerberg Founder
% FACEbook INCORPARATION
Defendant

## Petition

The reason why This petition is Been To Be Filed
To shut down FACEbook INC Because FACEbook Is
not A Social media Carry The peoples IS Takens
The Social media A G Tool To Be Violence
mess victous habit when MARK Zurkerbee
made up FACEbook ME Open The Door of Trouble
and crimes and he didnt care at all
Your Honor I come To you IN The NAME OF
Justice and aSK IN The NAme OF Justice
Find IN The Interest OF Justice To shut down
This company Issued and Court ordered
meand Complete Shut down OF The company
Period Base on The Interantive of This petition
Facebook down have NO Business To Be
Opertion of This company
Done on This day of 26, MAy, 2014

_____
Judge Signture

_____

X Ricardo Hampton II Esq,
Petitioner Signture

The door IS Open IS To

(1) crime
(2.) Young baddes meeting MAN will come up mess
(3) Violence
(4) and others

your Hower Please Find in matter of Justice
To Issued and Injunction order to shutdown
This Company I know you Got children
I. am a Father To of 7 buy 5 daughters
Is very Important me there a young
Adut. S

Madam.II Esq.-

I am a father and a uncle of 7 young Adult and 1 young Adult Niece College Grad. Base on The Edvience I see your Honor I not right at all The Edvence point out your Honor BASE ON The petition of This your Honor I lay In The Bed At Night Think about The parents and The peoples That goes Thought This matter The Edvence of FActs point out your Honor Facebook Inc Dont have no right To Be Operation under Jurisdition of CA Base on this your Honor To order Immaidate Shut down Of IT Compomy and Shut down all IT. members.

_____
Reinholt Ackmutt Esq.
Atty at Law / Petitioner

_____
Judge

_____
Clerk

The united states district court The District court
of Guam The District court of The Virgin Island
The highest court of American Samoa and
The united states court of The other Territories
are vested with jurisdiction specifically
To enfor Enforce and To prevent and restrain
violation of The chapter and shall have jurisdiction
In all other kinds of cases arising under
This chapter EXCept as provided In section
457 (d) or 467 of The Title All proceeding
For The Enforcement or to restrain violation
of This chapter shall be by and In The
united states subpoena For witness who are
required To attend a court of The united
states In any district may run into
any other district In any such proceeding

Ricardo Jackson, Esq

Finding IT's genesis IN The power of
The English Chancellor TO relieve litigants
From The stricture of The law as
applied by
The law courts That remedial power
remedial power was so undefined and
unlimited That It was SAID To be determined.
The length of The chancellor Fout
Your Honor Facebook corp need TO
closed down FOR GOOD Because
IT cause TO much Problem
your Honor If you Could Find IT
IN The matter of Justice To Issued
And INjunction relief AGAINST
FACEbook corp TO Closed down
Cnut start up Any More Long That
Injunction IS Effect

Ricardo J Jackson II, Esq.

Porter v Dioken - 328

For the united states supreme court all
us Federal Appellate court and The 50
~~two~~ united states ~~supeme~~ Supreme court
and weekly practice Area Opinion Summaries
Newsletters subscribe
Porter v Dioker 328 u.s 252 1946

Richard Franklin II, Esq.

This Petition Is Sworn Before me on _____
Done on This DAy of 26, may 2014

my Commission Doot Eypires Duly11 _____

X_____          _____
O'Andre Tyrone Jones
STATE OF ALABAMA
Notay Public officer At
     LAsse 205-226-4013

_____          _____
Ricardo Jose Jackson, II. Esq.
RicANDO come 42498327 A yahoo.com
205-563-5457.


          Ricardo Jose Jackson, II. ESG
Rule 7.2 of code of ALABAMA
No representation IS made That The qual.tey or
The legal service Is To be Performed Is greater
Then The quality The legal Performed by
Other LAwyer.

                              _____
                              Judge Signture
                              _____
                              Clerk  .

To whom it may Concern
The united States Federal District Court northern of Alabama
                            of ALABAMA
Your Honor
            Hey how are you doing Fine.
I hope Your Honor the reason why I
am writing to The Court Because
Please find it in the Best Interest
of the Court to Issued oued Injunction
to closed down Facebook due
This Company doesn't have any Please Place
In Society Please Shut it down
Please Shut it down in The Best of future
of The Court Please find in The Power
Please Shut down Facebook One.
But Mark Zurkerberg To Prevent
From Shut up.
Done on this day 26th May 2014
                        Records J Gordon III Esq

In The United States Federal District Court Northern District
     of Alabama Southern Division

FILED
2014 JUN -5 P 1:03

U.S. DISTRICT COURT
N.D. OF ALABAMA

Filed Number

In The State of Alabama
Jefferson County, Alabama

United States of America

CV-14-HGD-1061-S

Mank Zurkerburg  Founder
Facebook Corp.

Legal Affivdavit

Due to 410 Order To show cause affidavit California courts
Proble cause To show That Facebook Corp weed To Be
shut down Due To wattve of crime volence ~~Lit~~ vletous
habit The petdation will slow That Facebook corp is a vietous
And in Danger of The socolity Base on eduldent
(1) mank zurkerburg made up Facebook in his dorm at
Harvard univ. it post to be for college only
than he opew The Door major Danger This company
weed To be shut down Due To The prinspal control
your Honor Please in The matter of Justice please
Find it in The Best The Euterest of The court
(2) I Ricardo J Jackson II, Esq who is The persew bring
this Petition Aguidest Facebook corp every thing in
This petition is ture ————
Sworn before me on 30th may 2014
Ricardo J Jackson II Esq. — Petitioner

3ubec Siewter