# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| RICARDO J. JACKSON, II, | ) |
| Plaintiff | ) |
| vs. | ) Case No. 2:14-cv-01061-KOB |
| MARK ZURKERBURG, | ) |
| Defendant | ) |

## MEMORANDUM OPINION

On June 10, 2014, the magistrate judge's report and recommendation was entered and the parties were allowed fourteen days in which to file objections to the recommendations made by the magistrate judge. The plaintiff did not file objections to the magistrate judge's report and recommendation. Instead, he filed a "Motion of Writ of Injunction Shut Down Ordered" (doc. 4) and "Motion of Injunction Ordered" (doc. 5). In both, he reiterate his concerns about the "obscene" material on Facebook, etc. While the court may agree that some people abuse social media, the plaintiff has not demonstrated that he has standing for seeking an injunction against Mr. "Zurkerburg" or Facebook, as explained in the Magistrate Judge's Report and Recommendation.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that

this action be dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

A separate Order in conformity with this Memorandum Opinion will be entered.

DONE and ORDERED this 16th day of July, 2014.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE